IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

| | |
|---|---|
| YU ZHOU LUO,<br>Plaintiff | §<br>§<br>§ |
| vs. | §    Case No. 08 CV 2995 (PKC) |
| GAC GP LLC D/B/A GLOBAL<br>ACCEPTANCE CREDIT COMPANY,<br>Defendant | §<br>§<br>§<br>§ |

### NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41(a), Yu Zhou Luo, Plaintiff, hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the unnamed putative class members.

Respectfully submitted,

Adam J. Fishbein
Law Office Adam J. Fishbein
735 Central Avenue
Woodmere, NY 11598
(516) 791-4400
Fax: (516) 791-4411

ATTORNEY FOR PLAINTIFF

SO ORDERED
[signature]
USDJ
5-1-08